**F&F LLP**
**FARUQI & FARUQI**

NEW YORK          CALIFORNIA          GEORGIA          PENNSYLVANIA

Bradley J. Demuth
Direct: (212) 991-3043
bdemuth@faruqilaw.com

March 20, 2026

**VIA ECF**

Hon. Brian M. Cogan, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **RE:** ***J M Smith Corporation d/b/a Smith Drug Company v. Novo Nordisk Inc. and
> Novo Nordisk A/S***, **C.A. No. 1:26-cv-00420-BMC (E.D.N.Y.)**
>
> ***Uniformed Fire Officers Association Retired Officers Family Protection Plan v.
> Novo Nordisk Inc. et al.***, **C.A. No. 1:26-cv-01300-BMC (E.D.N.Y.)**

Dear Judge Cogan:

The parties in the above-related actions have met and conferred and propose for the
Court's entry the attached stipulated case management order providing for coordinated discovery
and pretrial proceedings for all direct purchaser and end payor class actions alleging substantially
the same antitrust claims concerning Victoza.

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: _____
Bradley J. Demuth

Encl.