**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Victoza (liraglutide) Antitrust Litigation | C.A. No. 1:26-cv-420-BMC |
| This Document Relates To:<br>ALL ACTIONS | |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaints Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Novo Nordisk Inc. and Novo Nordisk A/S (collectively, "Novo Nordisk"), by and through counsel, will move this Court at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and time to be determined by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing with prejudice the class action complaint of J M Smith Corp. on behalf of Direct Purchaser Plaintiffs (ECF No. 1 in Case No. 1:26-cv-00420-BMC), the class action complaint of Uniformed Fire Officers Association Retired Officers Family Protection Plan on behalf of End-Payor Plaintiffs ("EPPs") (ECF No. 1 in Case No. 1:26-cv-01300-BMC), and the class action complaint of Teamsters Local 237 Retiree Fund on behalf of EPPs (ECF No. 1 in Case No. 1:26-cv-02458). The basis for this motion is set forth in the accompanying Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's March 19, 2026 Order (ECF No. 33), Plaintiffs' opposition is due June 1, 2026, and Novo Nordisk's reply is due June 29, 2026.

Dated: May 1, 2026

Respectfully submitted,

By: /s/ *Andrew Lazerow*
Andrew Lazerow (*pro hac vice*)
Ashley Bass (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000
alazerow@cov.com
abass@cov.com

*Attorneys for Defendants Novo Nordisk Inc.*
*and Novo Nordisk A/S*