**APPENDIX 1 – SUMMARY OF STATE-SPECIFIC DEFICIENCIES IN EPPs' STATE LAW CLAIMS**


**STATE ANTITRUST CLAIMS**

| State | Fails To State a Claim | Limits Class Action Claims by Indirect Purchasers | Does Not Apply To Unilateral Conduct | Must Implicate Intrastate Conduct |
|---|---|---|---|---|
| Arizona | X | | | |
| California | X | | X | |
| Connecticut | X | | | |
| District of Columbia | X | | | |
| Hawaii | X | | | |
| Illinois | X | X | | |
| Iowa | X | | | |
| Kansas | X | | X | |
| Maine | X | | | |
| Maryland | X | | | |
| Michigan | X | | | |
| Minnesota | X | | | |
| Mississippi | X | | | X |
| Nebraska | X | | | |
| Nevada | X | | | X |
| New Hampshire | X | | | |
| New Mexico | X | | | |
| New York | X | | X | |
| North Carolina | X | | | |
| North Dakota | X | | | |
| New Jersey | X | | | |
| Oregon | X | | | |
| Rhode Island | X | | | |
| South Dakota | X | | | X |
| Tennessee | X | | X | X |
| Utah | X | X | | |
| Vermont | X | | | |
| West Virginia | X | | | |

1

**APPENDIX 1 – SUMMARY OF STATE-SPECIFIC DEFICIENCIES IN EPPs' STATE LAW CLAIMS**

| State | Fails To State a Claim | Limits Class Action Claims by Indirect Purchasers | Does Not Apply To Unilateral Conduct | Must Implicate Intrastate Conduct |
|---|---|---|---|---|
| Wisconsin | X | | | |

## STATE CONSUMER PROTECTION CLAIMS

| State | Fails To State a Claim | Bars claims by Indirect Purchasers | Plaintiff Is Not an End Consumer Or Individual | Must Implicate Intrastate Conduct |
|---|---|---|---|---|
| Alaska | X | X | | |
| California | X | | X | X |
| Florida | X | | | X |
| Missouri | X | | X | |
| Montana | X | | X | |
| South Carolina | X | X | | |
| Vermont | X | | X | |

## UNJUST ENRICHMENT CLAIMS

| State | Fails to State a Claim | Remedy Not Available for Indirect Purchasers | Fails to Plead a Direct Benefit Conferred upon Defendant | Not An Independent Cause of Action |
|---|---|---|---|---|
| Alabama | X | X | X | |
| Arizona | X | | | |
| California | X | | | X |
| Florida | X | X | X | X |
| Hawaii | X | | | |
| Illinois | X | X | | |
| Iowa | X | | | |
| Kansas | X | | X | |
| Maine | X | | X | |
| Massachusetts | X | X | | |
| Michigan | X | | X | |

**APPENDIX 1 – SUMMARY OF STATE-SPECIFIC DEFICIENCIES IN EPPs' STATE LAW CLAIMS**

| State | Fails to State a Claim | Remedy Not Available for Indirect Purchasers | Fails to Plead a Direct Benefit Conferred upon Defendant | Not An Independent Cause of Action |
|---|---|---|---|---|
| Minnesota | X | | | |
| Mississippi | X | | | X |
| Missouri | X | X | | |
| Nebraska | X | | | |
| Nevada | X | | | |
| New Hampshire | X | | | X |
| New Mexico | X | | | |
| New York | X | | X | |
| North Carolina | X | | X | |
| North Dakota | X | | X | |
| Oregon | X | | | |
| Pennsylvania | X | X | X | |
| Rhode Island | X | | X | |
| South Dakota | X | | | |
| Tennessee | X | | | |
| Utah | X | X | X | |
| Vermont | X | | | |
| West Virginia | X | | | |
| Wisconsin | X | | | X |
| District of Columbia | X | | | |
| Puerto Rico | X | X | | |

3