**CERTIFICATE OF SERVICE**

I, Andrew Lazerow, hereby certify that, on May 1, 2026, I caused a copy of Defendants' Motion to Dismiss the Complaints Pursuant to Federal Rule of Civil Procedure 12(b)(6) and accompanying Memorandum on Law to be served on all registered counsel electronically via the Court's ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ *Andrew Lazerow*
Andrew Lazerow